**GOTTLIEB & ASSOCIATES**
ATTORNEYS

150 E. 18th St., Suite PHR · New York, NY 10003
Tel (212) 228-9795 · Fax (212) 982-6284
NYJG@aol.com

January 5, 2023

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

The initial pretrial conference scheduled for January 10, 2024, is adjourned to **February 14, 2024, at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and enter the access code 558-3333. The deadline for the parties to file the joint letter and proposed case management plan is extended to **February 7, 2024**. So Ordered.

Dated: January 5, 2024
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   *Young v. Lane College,*
      Case No.: 1:23-cv-10108

Dear Judge Schofield,

The undersigned represents Leshawn Young, on behalf of herself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Lane College, ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for January 10, 2023, at 4:00 PM (Dkt. 6) be adjourned for 60 days because Counsel for Defendant was just recently retained and needs time to review this matter thoroughly and consult with their Client. This request will grant ample time for Defendant's Counsel to appear and discuss a possible resolution with Plaintiff's Counsel. The Defendant has not yet been served and we are awaiting a Waiver of Service from Defendant's Counsel. Counsel for Defendant joins in this request.

Thank you for your attention to this matter. Should the Court have any questions, please do not hesitate to contact the undersigned attorney.

Respectfully submitted,

**GOTTLIEB & ASSOCIATES PLLC**

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.

cc: VIA EMAIL Jennifer S. Rusie
Jennifer.Rusie@jacksonlewis.com
Attorney for Defendant